# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Judge John H. Squires | **Hearing Date** | December 7, 2010 |
| **Bankruptcy Case No.** | | **Adversary No.** | |

**Title of Case**  10 B 48558 Colco Services, Inc.

10 B 53992 Colco Services, Inc.

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

# ORDER

These matters coming before the Court and the following parties having appeared:

Jerrod V. Olszewski for the petitioning creditors; David A. Newby for the alleged Debtor; Lauren Newman for J.P. Morgan Chase; and Denise DeLaurent on behalf of the United States Trustee.

Pursuant to Federal Rule of Bankruptcy Procedure 1015(a), the Court orders consolidation of these two cases. Further, based upon the consent of the alleged Debtor in case 10 B 48558, an order for relief is entered. The Court grants the Debtor's oral motion in case 10 B 48558 to convert from Chapter 7 to Chapter 11. Finally, all matters are to be docketed in the 10 B 48558 case.

*/s/ John H. Squires*

6/11/99