**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Colco Services, Inc., | ) | Case No. 10-48558 |
| | ) | |
| Debtor. | ) | Honorable John H. Squires |

**FINAL REPORT OF CHAPTER 11 DEBTOR**

**SEE ATTACHED SCHEDULE**

David A. Newby
ARDC: 6191580
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
T: (630) 428-2660
F. (630) 428-2549

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**

**For the Period of December, 2010 through August 9, 2011**

**RECEIPTS:**

| | |
|---|---:|
| 1. Receipts from Operations | $ 1,232,121.24 |
| 2. Other Receipts | $ 1,603.29 |

**DISBURSEMENTS:**

3. Net Payroll:

| | |
|---|---:|
| a. Officers | $ 46,020.41 |
| b. Others | $ 656,295.64 |

4. Taxes:

| | |
|---|---:|
| a. Federal Income Taxes | $ 42,353.26 |
| b. FICA withholdings | $ 38,832.97 |
| c. Employee's withholdings | $ - |
| d. Employer's FICA | $ 50,401.45 |
| e. Federal Unemployment Taxes | $ 2,727.91 |
| f. State Income Tax | $ 26,285.03 |
| g. State Employee withholdings | $ - |
| h. All other state taxes | $ 34,913.45 |

5. Necessary expenses:

| | |
|---|---:|
| a. Rent or mortgage payment(s) | $ 28,697.12 |
| b. Utilities | $ 11,189.29 |
| c. Insurance | $ 28,777.94 |
| d. Merchandise bought for manufacture or sale | $ - |
| e. Other necessary expenses | $ 275,795.93 |
| Miscellaneous | $ - |

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$ 1,242,290.40** |
| **NET RECEIPTS (DISBURSEMENTS)** | **$ (8,565.87)** |
| | |
| ENDING BALANCE IN Chase Operating Account -6845 | $ 207.74 |
| ENDING BALANCE IN Chase Janitor Payroll Acct-3829 | $ (3,736.85) |
| ENDING BALANCE IN Chase Admin Payroll Acct -6837 | $ 5.04 |
| ENDING BALANCE IN Chase Savings Acct -3444 | $ 5.00 |
| ENDING BALANCE IN Chase Adequate Assur. Acct. -3232 | $ 1,182.00 |
| **ENDING BALANCE IN ALL ACCOUNTS** | **$ (2,337.07)** |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Colco Services, Inc., | ) | Case No. 10-48558 |
| | ) | |
| Debtor. | ) | Honorable John H. Squires |

## DECLARATION UNDER PENALTY OF PERJURY

I, Colleen Cavallo, acting as the duly authorized agent for the pre-conversion Debtor in Possession declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursements, itemizations and account balances listed in this Final Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor-In-Possession

By: Colleen Cavallo
Title: President

Dated: August 29, 2011