**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: COLCO SERVICES, INC. | § | Case No. 10-48558-DRC |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 29, 2010. The undersigned trustee was appointed on October 29, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    24,318.00

> Funds were disbursed in the following amounts:
>
> | | |
> |---|---:|
> | Payments made under an interim distribution | 4,143.42 |
> | Administrative expenses | 32.54 |
> | Bank service fees | 862.80 |
> | Other payments to creditors | 0.00 |
> | Non-estate funds paid to 3rd Parties | 150.00 |
> | Exemptions paid to the debtor | 0.00 |
> | Other payments to the debtor | 0.00 |
>
> Leaving a balance on hand of [1]     $    19,129.24

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 01/07/2014 and the deadline for filing governmental claims was 01/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,166.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $2,441.95, for a total compensation of $2,441.95.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.20, for total expenses of $8.20.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2016    By: /s/David R. Brown
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 10/29/10 (c)  
**§341(a) Meeting Date:** 09/13/11

**Period Ending:** 12/13/16

**Claims Bar Date:** 01/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty cash (u) | 250.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank operating account 6845 | 5,747.73 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank janitor payroll account | 5,010.80 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank administrative payroll account | 4,766.83 | 0.00 | | 0.00 | FA |
| 5 | Chase bank savings account | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Suburban Real Estate (landlord) security deposit | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | City of Naperville (electric service deposit) | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts receivable (as of 12/5/2010) | 367,183.10 | 0.00 | | 4,168.00 | FA |
| 9 | 2009 Saab 9 7X 4.21 | 22,875.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 Saab 9 7X 4.21 | 23,650.00 | 0.00 | | 0.00 | FA |
| 11 | Office equipment: 8 desks, 16 desk chairs, 11 ca | 30,000.00 | 0.00 | | 0.00 | FA |
| 12 | Misc. cleaning equipment | 2,275.00 | 0.00 | | 0.00 | FA |
| 13 | Preference Litigation; Colleen Cavallo (u)<br>  Adversary filed; 12-00605; Order approving<br>settlement entered 4/12/13 for total of $10,000.<br>Defendant making monthly payments of $250/month<br>for 40 months. . (See Footnote) | 10,000.00 | 10,000.00 | | 10,150.00 | FA |
| 14 | Preference Litigation; Dominic and Nancy Del Sig (u)<br>  Adversaries filed; 12-00606 and 12-00607; Order<br>approving settlement enetered 4/12/13 for both<br>adversaries together for total of $10,000 with lump<br>sum of $5,000 due upon entry of Order and then<br>monthly payemtns of $125.00 for 40 months. | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 15 | Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Janitorial cleaning supplies | 22,000.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets  Totals** (Excluding unknown values) | **$508,008.46** | **$20,000.00** | | **$24,318.00** | **$0.00** |

RE PROP# 13  9/10/15:  12 monthly payments left on preference suit recovery.

---

**Major Activities Affecting Case Closing:**

Trustee's accountant is preparing the final tax returns and Trustee is awaiting adminstraive claims bar date of 10/28/16.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.

**Trustee:** (330580)   David R. Brown  
**Filed (f) or Converted (c):** 10/29/10 (c)  
**§341(a) Meeting Date:** 09/13/11

**Period Ending:** 12/13/16

**Claims Bar Date:** 01/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 1, 2013   **Current Projected Date Of Final Report (TFR):**   December 15, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.  
**Taxpayer ID #:** **-***6284  
**Period Ending:** 12/13/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** UNION BANK  
**Account:** ********22 - Money Market Account  
**Blanket Bond:** $77,173,558.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/11 | {8} | THE SOCIETY OF THE FIRST | Account Receivable | 1121-000 | 300.00 | | 300.00 |
| 09/09/11 | {8} | SCHRAMM CONSTRUCTION | Accounts Receivable | 1121-000 | 448.00 | | 748.00 |
| 09/09/11 | {8} | PBS PLASTERING, INC. | Account Receivable | 1121-000 | 656.00 | | 1,404.00 |
| 09/09/11 | {8} | LABORERS TRAINING FUND | Account Receivable | 1121-000 | 1,508.00 | | 2,912.00 |
| 09/09/11 | {8} | DUBIN RESIDENTIAL COMMUNITIES CORP. | Account Receivable | 1121-000 | 500.00 | | 3,412.00 |
| 09/09/11 | {8} | CONSTRUCTION, TENANT | Account Receivables | 1121-000 | 756.00 | | 4,168.00 |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 4,163.08 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | 4,153.25 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | 4,143.42 |
| 01/18/12 | 101 | JP MORGAN CHASE BANK, N.A. | turnover funds to secured creditor | 4210-000 | | 4,143.42 | 0.00 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | -9.83 |
| 02/27/12 | | UNION BANK | reverse service charge | 2600-000 | | -9.83 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,168.00** | **4,168.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **4,168.00** | **4,168.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,168.00** | **$4,168.00** | |

{} Asset reference(s)

Printed: 12/13/2016 11:38 AM   V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.

**Trustee:** David R. Brown (330580)  
**Bank Name:** Congressional Bank  
**Account:** ********23 - Checking Account

**Taxpayer ID #:** **-***6284  
**Period Ending:** 12/13/16

**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/13/2016 11:38 AM      V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-48558-DRC | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | COLCO SERVICES, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******74-45 - Checking |
| Taxpayer ID #: | **-***6284 | | Blanket Bond: | $77,173,558.00   (per case limit) |
| Period Ending: | 12/13/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/13 | {14} | Dominic and Nancy Delsignore | settlement payment | 1241-000 | 5,000.00 | | 5,000.00 |
| 05/29/13 | {13} | Colleen Cavallo | settlement payment Payment #1 | 1241-000 | 250.00 | | 5,250.00 |
| 06/27/13 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 5,450.00 |
| 06/27/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 5,700.00 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,690.00 |
| 07/23/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 5,940.00 |
| 07/23/13 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 6,140.00 |
| 08/07/13 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 6,340.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 6,330.00 |
| 08/15/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 6,580.00 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 6,570.00 |
| 09/27/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 6,820.00 |
| 09/27/13 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 7,020.00 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 7,010.00 |
| 10/31/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 7,260.00 |
| 10/31/13 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 7,460.00 |
| 11/07/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 7,710.00 |
| 11/07/13 | {14} | DOMINIC DELSIGNORE | settlement payment | 1241-000 | 200.00 | | 7,910.00 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.42 | 7,899.58 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.04 | 7,888.54 |
| 12/10/13 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 8,138.54 |
| 12/30/13 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 8,338.54 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.96 | 8,326.58 |
| 01/13/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 8,576.58 |
| 01/13/14 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 8,776.58 |
| 02/04/14 | 3001 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 10.00 | 8,766.58 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.73 | 8,753.85 |
| 02/14/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 9,003.85 |
| 02/14/14 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 9,203.85 |

Subtotals :    $9,300.00    $96.15

{} Asset reference(s)

Printed: 12/13/2016 11:38 AM    V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.  

**Taxpayer ID #:** **-***6284  
**Period Ending:** 12/13/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******74-45 - Checking  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.00 | 9,191.85 |
| 03/19/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 9,441.85 |
| 03/19/14 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 9,641.85 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.90 | 9,627.95 |
| 04/08/14 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 9,827.95 |
| 05/02/14 | {13} | Colleen Cavallo | 1Z66EW993710006409 | 1241-000 | 250.00 | | 10,077.95 |
| 05/02/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 10,327.95 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 14.05 | 10,313.90 |
| 05/20/14 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 10,513.90 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.31 | 10,498.59 |
| 06/18/14 | {14} | Dominic J Delsignore | settlement payment | 1241-000 | 200.00 | | 10,698.59 |
| 06/18/14 | {13} | Colleen Cavalo | settlement payment | 1241-000 | 250.00 | | 10,948.59 |
| 07/08/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 11,198.59 |
| 07/08/14 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 11,398.59 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.34 | 11,383.25 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.73 | 11,366.52 |
| 08/25/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 11,616.52 |
| 08/25/14 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 11,816.52 |
| 09/08/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 12,066.52 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.96 | 12,049.56 |
| 09/26/14 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 12,249.56 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.24 | 12,232.32 |
| 10/20/14 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 12,432.32 |
| 10/20/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 12,682.32 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.40 | 12,663.92 |
| 11/12/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 12,913.92 |
| 11/12/14 | {14} | Domic Delsignore | settlement payment | 1241-000 | 200.00 | | 13,113.92 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.59 | 13,095.33 |

Subtotals :   $4,050.00   $158.52

{} Asset reference(s)

Printed: 12/13/2016 11:38 AM   V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.  
**Taxpayer ID #:** **-***6284  
**Period Ending:** 12/13/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******74-45 - Checking  
**Blanket Bond:** $77,173,558.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/14 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 13,345.33 |
| 12/09/14 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 13,545.33 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.92 | 13,525.41 |
| 01/14/15 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 13,725.41 |
| 01/14/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 13,975.41 |
| 02/04/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 14,225.41 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.45 | 14,204.96 |
| 02/11/15 | 3002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 14.00 | 14,190.96 |
| 02/27/15 | {14} | Dominc J. DelSignore | settlement payment | 1241-000 | 200.00 | | 14,390.96 |
| 03/04/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 14,640.96 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.01 | 14,621.95 |
| 03/23/15 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 14,821.95 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 21.72 | 14,800.23 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 14,800.23 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,150.00 | 15,150.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,800.23 | |
| | | | **Subtotal** | | **15,150.00** | **349.77** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,150.00** | **$349.77** | |

{} Asset reference(s)

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.  
**Taxpayer ID #:** **-***6284  
**Period Ending:** 12/13/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 14,800.23 | | 14,800.23 |
| 04/30/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 15,050.23 |
| 04/30/15 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 15,250.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 15,240.23 |
| 05/04/15 | {13} | Colleen E Cavallo | Settlement payment | 1241-000 | 250.00 | | 15,490.23 |
| 05/14/15 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 15,690.23 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.57 | 15,668.66 |
| 06/04/15 | {13} | Colleen Cavallo | Settlement payment | 1241-000 | 250.00 | | 15,918.66 |
| 06/12/15 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 16,118.66 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.48 | 16,094.18 |
| 07/15/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 16,344.18 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.09 | 16,320.09 |
| 08/24/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 16,570.09 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.73 | 16,547.36 |
| 09/23/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 16,797.36 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.45 | 16,771.91 |
| 10/15/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 17,021.91 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.29 | 16,997.62 |
| 11/24/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 17,247.62 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.66 | 17,223.96 |
| 12/08/15 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 17,473.96 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.51 | 17,446.45 |
| 01/08/16 | {13} | Colleen Cavallo | includes $150 overpayment | 1241-000 | 2,150.00 | | 19,596.45 |
| 01/19/16 | 20102 | COLLEEN CAVALLO | refund  preference settlement over-payment Stopped on 04/04/16 | 8500-000 | | 150.00 | 19,446.45 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.04 | 19,420.41 |
| 02/15/16 | 20103 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 8.54 | 19,411.87 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.13 | 19,384.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.82 | 19,353.92 |
| 04/04/16 | 20102 | COLLEEN CAVALLO | refund  preference settlement over-payment Stopped: check issued on 01/19/16 | 8500-000 | | -150.00 | 19,503.92 |
| 04/04/16 | 20104 | Colleen Cavallo | replace prior check that was unnegotiable due to lack of routing number | 8500-002 | | 150.00 | 19,353.92 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.91 | 19,327.01 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.79 | 19,300.22 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.45 | 19,269.77 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.71 | 19,243.06 |

Subtotals :    $19,800.23    $557.17

{} Asset reference(s)

Printed: 12/13/2016 11:38 AM    V.13.28

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 10-48558-DRC  
**Case Name:** COLCO SERVICES, INC.  

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  

**Taxpayer ID #:** **-***6284  
**Period Ending:** 12/13/16  

**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.36 | 19,212.70 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.55 | 19,185.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.60 | 19,158.55 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.31 | 19,129.24 |
| | | | ACCOUNT TOTALS | | 19,800.23 | 670.99 | $19,129.24 |
| | | | Less: Bank Transfers | | 14,800.23 | 0.00 | |
| | | | **Subtotal** | | **5,000.00** | **670.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$670.99** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ********22 | 4,168.00 | 4,168.00 | 0.00 |
| Checking # ********23 | 0.00 | 0.00 | 0.00 |
| Checking # ****-******74-45 | 15,150.00 | 349.77 | 0.00 |
| Checking # ******7466 | 5,000.00 | 670.99 | 19,129.24 |
| | $24,318.00 | $5,188.76 | $19,129.24 |

{} Asset reference(s)

Printed: 12/13/2016 11:38 AM     V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2014

**Case Number:** 10-48558-DRC  
**Debtor Name:** COLCO SERVICES, INC.

Page: 1

**Date:** December 13, 2016  
**Time:** 11:38:24 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Clerk of the Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | filing fees for adversary cases, 12-00605, 12-00606, 12-00607 | $879.00 | $0.00 | 879.00 |
| 200 | Alan D Lasko & Associates, PC<br>205 West Randolph<br>Chicago, IL 60606 | Admin Ch. 7 | | $9,654.85 | $0.00 | 9,654.85 |
| 200 | Alan D Lasko & Associates, PC<br>205 West Randolph<br>Chicago, IL 60606 | Admin Ch. 7 | | $161.42 | $0.00 | 161.42 |
| 24 200 | Office of the U.S. Trustee<br>(ADMINISTRATIVE)<br>219 S. Dearborn St. Room 873<br>Chicago, IL 60606 | Admin Ch. 7 | | $1,950.00 | $0.00 | 1,950.00 |
| TREXP 200 | David R. Brown<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $10.64 | $0.00 | 10.64 |
| TRCOMP 200 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,166.80 | $0.00 | 3,166.80 |
| ATTYEXP 200 | David R. Brown<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $395.24 | $0.00 | 395.24 |
| ATTYFEES 200 | David R. Brown<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,589.50 | $0.00 | 8,589.50 |
| 10 300 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Admin Ch. 11 | | $24,232.72 | $0.00 | 24,232.72 |
| 23 300 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60303 | Admin Ch. 11 | | $20,810.11 | $0.00 | 20,810.11 |
| 25 300 | Illinos Department of Revenue<br>(ADMINISTRATIVE)<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Admin Ch. 11 | | $5,327.26 | $0.00 | 5,327.26 |
| 26 300 | Coman & Anderson, P.C.<br>(ADMINISTRATIVE)<br>c/o David A. Newby<br>650 Warrenville Road, Suite 500<br>Lisle, IL 60532 | Admin Ch. 11 | | $30,000.00 | $0.00 | 30,000.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2014

**Case Number:** 10-48558-DRC  
**Debtor Name:** COLCO SERVICES, INC.

Page: 2

**Date:** December 13, 2016  
**Time:** 11:38:24 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 300 | Coman & Anderson, P.C. (ADMINISTRATIVE) c/o David A. Newby 650 Warrenville Road, Suite 500 Lisle, IL 60532 | Admin Ch. 11 | | $953.11 | $0.00 | 953.11 |
| 13P 505 | Construction in general Laborers' District Council Jerrod Olszewski 111 W. Jackson, Suite 1415 Chicago, IL 60604 | Priority | | $3,791.11 | $0.00 | 3,791.11 |
| 12P 510 | Welfare Department of the Laborers' District Counc Jerrod Olszewski 111 W. Jackson, Suite 1415 Chicago, IL 60604 | Priority | | $89,553.96 | $0.00 | 89,553.96 |
| 14P 510 | The Construction & General Laborers' District Coun Jerrod Olszewski 111 W. Jackson, Suite 1415 Chicago, IL 60604 | Priority | | $10,129.86 | $0.00 | 10,129.86 |
| 16P 510 | Laborers' District Council Labor Management Cooper Jerrod Olszewski 111 W. Jackson, Suite 1415 Chicago, IL 60604 | Priority | | $926.98 | $0.00 | 926.98 |
| 17P 510 | Chicago Area Independent Construction Association Jerrod W. Jackson, Suite 1415 Chicago, IL 60604 | Priority | | $617.99 | $0.00 | 617.99 |
| 4P 520 | Local 25 S.E.I.U. Welfare Fund 111 East Wacker Drive 25th Fl. Chicago, IL 60601-4205 | Priority | | $11,940.12 | $0.00 | 11,940.12 |
| 11P 520 | Laborer's Pension Fund c/o Jerrod V Olszewski 111 W. Jackson #1415 Chicago, IL 60604 | Priority | | $72,199.20 | $0.00 | 72,199.20 |
| 18P 520 | Laborers-Employers Cooperation and Education Trust Jerrod Olszewski 111 W. Jackson, Suite 1415 Chicago, IL 60604 | Priority | | $540.76 | $0.00 | 540.76 |
| 6 -2 570 | Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | Priority | | $48,150.48 | $0.00 | 48,150.48 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2014

**Case Number:** 10-48558-DRC  
**Debtor Name:** COLCO SERVICES, INC.

Page: 3

**Date:** December 13, 2016  
**Time:** 11:38:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $4,789.72 | $0.00 | 4,789.72 |
| 2<br>100 | Ally Financial Inc f/k/a GMAC Inc<br>PO Box 130424<br>Roseville, MN 55113 | Secured | Estate secured value determined to be $0.00 via Order entered 9/19/16 | $0.00 | $0.00 | 0.00 |
| 3<br>100 | Ally Financial Inc f/k/a GMAC Inc<br>PO Box 130424<br>Roseville, MN 55113 | Secured | Estate secured value determined to be $0.00 via Order entered 9/19/16 | $0.00 | $0.00 | 0.00 |
| 22<br>100 | J.P Morgan Chase<br>Thompson Coburn, LLP,c/o Lauren<br>Newman,55 East Monroe 37th Floor<br>Chicago, IL 60603 | Secured | Estate secured value determined to be $0.00 via Order entered 9/19/16 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Much Shelist Denenberg Ament &<br>Rubenstein<br>c/o Norman B. Newman<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | Unsecured | | $25,764.00 | $0.00 | 25,764.00 |
| 4U<br>610 | Local 25 S.E.I.U. Welfare Fund<br>111 East Wacker Drive 25th Fl.<br>Chicago, IL 60601-4205 | Unsecured | | $4,523.67 | $0.00 | 4,523.67 |
| 5<br>610 | Marlin Leasing<br>300 Fellowship Rd.<br>Mount Laurel, NJ 08054 | Unsecured | | $535.43 | $0.00 | 535.43 |
| 8<br>610 | DelSignore, Dominic<br>408 Gateshead<br>Naperville, IL 60565 | Unsecured | | $532,000.00 | $0.00 | 532,000.00 |
| 9<br>610 | Cavallo, Colleen<br>401 Haddassah Ct.<br>Naperville, IL 60565 | Unsecured | | $15,000.00 | $0.00 | 15,000.00 |
| 11U<br>610 | Laborer's Pension Fund<br>c/o Jerrod V Olszewski<br>111 W. Jackson #1415<br>Chicago, IL 60604 | Unsecured | | $143,343.95 | $0.00 | 143,343.95 |
| 12U<br>610 | Welfare Department of the Laborers' District<br>Counc<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $186,421.11 | $0.00 | 186,421.11 |
| 13U<br>610 | Construction in general Laborers' District<br>Council<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $6,203.80 | $0.00 | 6,203.80 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2014

**Case Number:** 10-48558-DRC  
**Debtor Name:** COLCO SERVICES, INC.

Page: 4

**Date:** December 13, 2016  
**Time:** 11:38:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14U 610 | The Construction & General Laborers' District Coun<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $17,331.84 | $0.00 | 17,331.84 |
| 15 610 | Midwest Construction Industry Advancement Fund<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $22.87 | $0.00 | 22.87 |
| 16U 610 | Laborers' District Council Labor Management Cooper<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $2,416.25 | $0.00 | 2,416.25 |
| 17U 610 | Chicago Area Independent Construction Association<br>Jerrod W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $1,586.60 | $0.00 | 1,586.60 |
| 18U 610 | Laborers-Employers Cooperation and Education Trust<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $1,131.86 | $0.00 | 1,131.86 |
| 19 610 | Construction Industry Service Corporation<br>Jerrod Olszewski<br>111 W. Jackson, Suite 1415<br>Chicago, IL 60604 | Unsecured | | $2.89 | $0.00 | 2.89 |
| 20 610 | Kranz, Inc<br>2200 DeKoven Ave<br>Racine, WI 53403 | Unsecured | | $6,126.42 | $0.00 | 6,126.42 |
| 21 610 | City of Naperville<br>Bankruptcy Department<br>400 S. Eagle Street<br>Naperville, IL 60540 | Unsecured | | $255.23 | $0.00 | 255.23 |
| **<< Totals >>** | | | | 1,291,436.75 | 0.00 | 1,291,436.75 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-48558-DRC
Case Name: COLCO SERVICES, INC.
Trustee Name: David R. Brown

**Balance on hand:** $ 19,129.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ally Financial Inc f/k/a GMAC Inc | 5,391.00 | 0.00 | 0.00 | 0.00 |
| 3 | Ally Financial Inc f/k/a GMAC Inc | 7,424.06 | 0.00 | 0.00 | 0.00 |
| 22 | J.P Morgan Chase | 827,945.34 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,129.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 3,166.80 | 0.00 | 2,441.95 |
| Trustee, Expenses - David R. Brown | 10.64 | 0.00 | 8.20 |
| Attorney for Trustee, Fees - David R. Brown | 8,589.50 | 0.00 | 6,623.44 |
| Attorney for Trustee, Expenses - David R. Brown | 395.24 | 0.00 | 304.77 |
| Accountant for Trustee, Fees - Alan D Lasko & Associates, PC | 9,654.85 | 0.00 | 7,444.95 |
| Accountant for Trustee, Expenses - Alan D Lasko & Associates, PC | 161.42 | 0.00 | 124.47 |
| Charges, U.S. Bankruptcy Court | 879.00 | 0.00 | 677.80 |
| Fees, United States Trustee | 1,950.00 | 0.00 | 1,503.66 |

Total to be paid for chapter 7 administration expenses: $ 19,129.24
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P Fees - Coman & Anderson, P.C. (ADMINISTRATIVE) | 30,000.00 | 0.00 | 0.00 |
| Attorney for Trustee/D-I-P Expenses - Coman & Anderson, P.C. (ADMINISTRATIVE) | 953.11 | 0.00 | 0.00 |
| Other Expenses: Illinois Department of Employment Security | 45,042.83 | 0.00 | 0.00 |
| Other Expenses: Illinos Department of Revenue (ADMINISTRATIVE) | 5,327.26 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $242,640.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Local 25 S.E.I.U. Welfare Fund | 11,940.12 | 0.00 | 0.00 |
| 6 -2 | Internal Revenue Service | 48,150.48 | 0.00 | 0.00 |
| 7 | Illinois Department of Revenue | 4,789.72 | 0.00 | 0.00 |
| 11P | Laborer's Pension Fund | 72,199.20 | 0.00 | 0.00 |
| 12P | Welfare Department of the Laborers' District Counc | 0.00 | 0.00 | 0.00 |
| 13P | Construction in general Laborers' District Council | 3,791.11 | 0.00 | 0.00 |
| 14P | The Construction & General Laborers' District Coun | 0.00 | 0.00 | 0.00 |
| 16P | Laborers' District Council Labor Management Cooper | 0.00 | 0.00 | 0.00 |
| 17P | Chicago Area Independent Construction Association | 0.00 | 0.00 | 0.00 |
| 18P | Laborers-Employers Cooperation and Education Trust | 540.76 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 942,665.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Much Shelist Denenberg Ament & Rubenstein | 25,764.00 | 0.00 | 0.00 |
| 4U | Local 25 S.E.I.U. Welfare Fund | 4,523.67 | 0.00 | 0.00 |
| 5 | Marlin Leasing | 535.43 | 0.00 | 0.00 |
| 8 | DelSignore, Dominic | 532,000.00 | 0.00 | 0.00 |
| 9 | Cavallo, Colleen | 15,000.00 | 0.00 | 0.00 |
| 11U | Laborer's Pension Fund | 143,343.95 | 0.00 | 0.00 |
| 12U | Welfare Department of the Laborers' District Counc | 186,421.11 | 0.00 | 0.00 |
| 13U | Construction in general Laborers' District Council | 6,203.80 | 0.00 | 0.00 |
| 14U | The Construction & General Laborers' District Coun | 17,331.84 | 0.00 | 0.00 |
| 15 | Midwest Construction Industry Advancement Fund | 22.87 | 0.00 | 0.00 |
| 16U | Laborers' District Council Labor Management Cooper | 2,416.25 | 0.00 | 0.00 |
| 17U | Chicago Area Independent Construction Association | 1,586.60 | 0.00 | 0.00 |
| 18U | Laborers-Employers Cooperation and Education Trust | 1,131.86 | 0.00 | 0.00 |
| 19 | Construction Industry Service Corporation | 2.89 | 0.00 | 0.00 |
| 20 | Kranz, Inc | 6,126.42 | 0.00 | 0.00 |
| 21 | City of Naperville | 255.23 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**