## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| COLCO SERVICES, INC. | ) | CASE NO. 10-48558 DRC |
| | ) | |
| Debtor(s). | ) | Hon. Donald R Cassling |

### TRUSTEE'S APPLICATION FORCOMPENSATION AND EXPENSES

TO:    THE HONORABLE Donald R Cassling

NOW COMES David R. Brown, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,166.80 as compensation and $10.64 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $24,168.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,916.80 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

**TOTAL COMPENSATION**            **$3,166.80***

### II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Necessary copies (14 x 3 x $0.10 each)................................................. | $ | 4.20 |
| Postage (14 x $0.46) ............................................................... | $ | 6.44 |
| TOTAL EXPENSES........................................................................ | **$** | **10.64*** |

**\*Payable only to the extent of available estate funds**

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    12/13/16

/s/ DAVID R. BROWN
David R. Brown, Trustee