UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **COLCO SERVICES, INC.,** | ) | Bankruptcy No. 10-48558 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 3, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Much Shelist Denenberg Ament & Rubenstein
c/o Norman B. Newman
191 N. Wacker Dr., #1800
Chicago, IL 60606

Coman & Anderson, P.C.
c/o David A. Newby
650 Warrenville Road, Suite 500
Lisle, IL 60532

Laborer's Pension Fund
c/o Jerrod V Olszewski
111 W. Jackson #1415
Chicago, IL 60604

Welfare Department of the Laborers' District Counc
Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

Construction in general Laborers' District Council
Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

Midwest Construction Industry Advancement Fund
Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

Laborers' District Council Labor Management Cooper
Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

Chicago Area Independent Construction Association
Jerrod W. Jackson, Suite 1415
Chicago, IL 60604

Laborers-Employers Cooperation and Education Trust
Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

Construction Industry Service Corporation
Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

**VIA REGULAR MAIL**

COLCO SERVICES, INC.
1804 N. NAPER BOULEVARDÌSUITE 460
NAPERVILLE, IL 60563

Alan D Lasko & Associates, PC
205 West Randolph
Chicago, IL 60606

Ally Financial f/k/a GMAC
PO Box 130424
Roseville, MN 55113

Local 25 S.E.I.U. Welfare Fund
111 East Wacker Drive 25th Fl.
Chicago, IL 60601-4205

Marlin Leasing
300 Fellowship Rd.
Mount Laurel, NJ 08054

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

DelSignore, Dominic
408 Gateshead
Naperville, IL 60565

Cavallo, Colleen
401 Haddassah Ct.
Naperville, IL 60565

Illinois Department of Employment Security
33 South State Street
Attn: Bankruptcy Unit - 10th flr.
Chicago, IL 60603

Kranz, Inc
2200 DeKoven Ave
Racine, WI 53403

City of Naperville
Bankruptcy Department
400 S. Eagle Street
Naperville, IL 60540

J.P Morgan Chase
Thompson Coburn, LLP,
c/o Lauren Newman
55 East Monroe 37th Floor
Chicago, IL 60603

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000