**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  COLCO SERVICES, INC.

§
§
§
§

Case No. 10-48558

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $120,825.36 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $4,143.42 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $20,024.58 | |

3) Total gross receipts of $24,318.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $150.00 (see **Exhibit 2**), yielded net receipts of $24,168.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $844,903.82 | $4,143.42 | $4,143.42 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $25,702.79 | $25,702.79 | $20,024.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $81,323.20 | $81,323.20 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $242,640.18 | $242,640.18 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $942,665.92 | $942,665.92 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,137,235.91 | $1,296,475.51 | $24,168.00 |

4) This case was originally filed under chapter 7 on 10/29/2010, and it was converted to chapter 7 on 10/29/2010.  The case was pending for 83 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/03/2017                    By: /s/ David R. Brown
                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Litigation; Colleen Cavallo | 1241-000 | $10,150.00 |
| Accounts receivable (as of 12/5/2010) | 1121-000 | $4,168.00 |
| Preference Litigation; Dominic and Nancy Del Sig | 1241-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,318.00** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Colleen Cavallo | replace prior check that was unnegotiable due to lack of routing number | 8500-002 | $150.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$150.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP MORGAN CHASE BANK, N.A. | 4210-000 | NA | $4,143.42 | $4,143.42 | $4,143.42 |
| 2 | Ally Financial Inc f/k/a GMAC Inc | 4210-000 | $0.00 | $5,391.00 | $0.00 | $0.00 |
| 3 | Ally Financial Inc f/k/a GMAC Inc | 4210-000 | $0.00 | $7,424.06 | $0.00 | $0.00 |
| 22 | J.P Morgan Chase | 4210-000 | $0.00 | $827,945.34 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$844,903.82** | **$4,143.42** | **$4,143.42** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 2100-000 | NA | $3,166.80 | $3,166.80 | $2,441.95 |
| Trustee, Expenses - David R. Brown | 2200-000 | NA | $10.64 | $10.64 | $8.20 |
| Attorney for Trustee Fees - David R. Brown | 3110-000 | NA | $8,589.50 | $8,589.50 | $6,623.44 |
| Attorney for Trustee, Expenses - David R. Brown | 3120-000 | NA | $395.24 | $395.24 | $304.77 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $879.00 | $879.00 | $677.80 |
| Fees, United States Trustee | 2950-000 | NA | $1,950.00 | $1,950.00 | $1,503.66 |
| Bond Payments - ADAMS-LEVINE | 2300-000 | NA | $8.54 | $8.54 | $8.54 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $14.00 | $14.00 | $14.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $10.00 | $10.00 | $10.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $512.45 | $512.45 | $512.45 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $325.77 | $325.77 | $325.77 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | -$9.83 | -$9.83 | -$9.83 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $34.41 | $34.41 | $34.41 |
| Accountant for Trustee Fees (Other Firm) - Alan D Lasko & Associates, PC | 3410-000 | NA | $9,654.85 | $9,654.85 | $7,444.95 |
| Accountant for Trustee Expenses (Other Firm) - Alan D Lasko & Associates, PC | 3420-000 | NA | $161.42 | $161.42 | $124.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$25,702.79** | **$25,702.79** | **$20,024.58** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes  - Illinois Department of Employment Security | 6820-000 | NA | $24,232.72 | $24,232.72 | $0.00 |
| Prior Chapter Other Operating Expenses - Illinois Department of Employment Security | 6950-000 | NA | $20,810.11 | $20,810.11 | $0.00 |
| Prior Chapter Other State or Local Taxes  - Illinos Department of Revenue (ADMINISTRATIVE) | 6820-000 | NA | $5,327.26 | $5,327.26 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Coman & Anderson, P.C. (ADMINISTRATIVE) | 6210-000 | NA | $30,000.00 | $30,000.00 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Coman & Anderson, P.C. (ADMINISTRATIVE) | 6220-000 | NA | $953.11 | $953.11 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$81,323.20** | **$81,323.20** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Local 25 S.E.I.U. Welfare Fund | 5400-000 | $0.00 | $11,940.12 | $11,940.12 | $0.00 |
| 6 -2 | Internal Revenue Service | 5800-000 | $0.00 | $48,150.48 | $48,150.48 | $0.00 |
| 7 | Illinois Department of Revenue | 5800-000 | $0.00 | $4,789.72 | $4,789.72 | $0.00 |
| 11P | Laborer's Pension Fund | 5400-000 | $0.00 | $72,199.20 | $72,199.20 | $0.00 |
| 12P | Welfare Department of the Laborers' District Counc | 5300-000 | $0.00 | $89,553.96 | $89,553.96 | $0.00 |
| 13P | Construction in general Laborers' District Council | 5200-000 | $0.00 | $3,791.11 | $3,791.11 | $0.00 |
| 14P | The Construction & General Laborers' District Coun | 5300-000 | $0.00 | $10,129.86 | $10,129.86 | $0.00 |
| 16P | Laborers' District Council Labor Management Cooper | 5300-000 | $0.00 | $926.98 | $926.98 | $0.00 |
| 17P | Chicago Area Independent Construction Association | 5300-000 | $0.00 | $617.99 | $617.99 | $0.00 |
| 18P | Laborers-Employers Cooperation and Education Trust | 5400-000 | $0.00 | $540.76 | $540.76 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$242,640.18** | **$242,640.18** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Much Shelist Denenberg Ament & Rubenstein | 7100-000 | $0.00 | $25,764.00 | $25,764.00 | $0.00 |
| 4U | Local 25 S.E.I.U. Welfare Fund | 7100-000 | $0.00 | $4,523.67 | $4,523.67 | $0.00 |
| 5 | Marlin Leasing | 7100-000 | $0.00 | $535.43 | $535.43 | $0.00 |
| 8 | DelSignore, Dominic | 7100-000 | $0.00 | $532,000.00 | $532,000.00 | $0.00 |
| 9 | Cavallo, Colleen | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 11U | Laborer's Pension Fund | 7100-000 | $0.00 | $143,343.95 | $143,343.95 | $0.00 |
| 12U | Welfare Department of the Laborers' District Counc | 7100-000 | $0.00 | $186,421.11 | $186,421.11 | $0.00 |
| 13U | Construction in general Laborers' District Council | 7100-000 | $0.00 | $6,203.80 | $6,203.80 | $0.00 |
| 14U | The Construction & General Laborers' District Coun | 7100-000 | $0.00 | $17,331.84 | $17,331.84 | $0.00 |
| 15 | Midwest Construction Industry Advancement Fund | 7100-000 | $0.00 | $22.87 | $22.87 | $0.00 |
| 16U | Laborers' District Council Labor Management Cooper | 7100-000 | $0.00 | $2,416.25 | $2,416.25 | $0.00 |
| 17U | Chicago Area Independent Construction Association | 7100-000 | $0.00 | $1,586.60 | $1,586.60 | $0.00 |
| 18U | Laborers-Employers Cooperation and Education Trust | 7100-000 | $0.00 | $1,131.86 | $1,131.86 | $0.00 |

| 19 | Construction Industry Service Corporation | 7100-000 | $0.00 | $2.89 | $2.89 | $0.00 |
| 20 | Kranz, Inc | 7100-000 | $0.00 | $6,126.42 | $6,126.42 | $0.00 |
| 21 | City of Naperville | 7100-000 | $0.00 | $255.23 | $255.23 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$942,665.92** | **$942,665.92** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   10-48558
**Case Name:**   COLCO SERVICES, INC.

**For Period Ending:**   10/03/2017

**Trustee Name:**   (330580) David R. Brown
**Date Filed (f) or Converted (c):**   10/29/2010 (c)
**§ 341(a) Meeting Date:**   09/13/2011
**Claims Bar Date:**   01/07/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty cash (u) | 250.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank operating account 6845 | 5,747.73 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank janitor payroll account | 5,010.80 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank administrative payroll account | 4,766.83 | 0.00 | | 0.00 | FA |
| 5 | Chase bank savings account | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Suburban Real Estate (landlord) security deposit | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | City of Naperville (electric service deposit) | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts receivable (as of 12/5/2010) | 367,183.10 | 0.00 | | 4,168.00 | FA |
| 9 | 2009 Saab 9 7X 4.21 | 22,875.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 Saab 9 7X 4.21 | 23,650.00 | 0.00 | | 0.00 | FA |
| 11 | Office equipment: 8 desks, 16 desk chairs, 11 ca | 30,000.00 | 0.00 | | 0.00 | FA |
| 12 | Misc. cleaning equipment | 2,275.00 | 0.00 | | 0.00 | FA |
| 13* | Preference Litigation; Colleen Cavallo (u)<br>Adversary filed; 12-00605; Order approving settlement entered 4/12/13 for total of $10,000.  Defendant making monthly payments of $250/month for 40 months.. (See Footnote) | 10,000.00 | 10,000.00 | | 10,150.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**   10-48558

**Case Name:**   COLCO SERVICES, INC.

**For Period Ending:**   10/03/2017

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   10/29/2010 (c)

**§ 341(a) Meeting Date:**   09/13/2011

**Claims Bar Date:**   01/07/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Preference Litigation; Dominic and Nancy Del Sig (u) Adversaries filed; 12-00606 and 12-00607; Order approving settlement enetered 4/12/13 for both adversaries together for total of $10,000 with lump sum of $5,000 due upon entry of Order and then monthly payemtns of $125.00 for 40 months. | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 15 | Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Janitorial cleaning supplies | 22,000.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets       Totals**      (Excluding unknown values) | **$508,008.46** | **$20,000.00** | | **$24,318.00** | **$0.00** |

RE PROP# 13      9/10/15:  12 monthly payments left on preference suit recovery.

**Major Activities Affecting Case Closing:**

Trustee's accountant is preparing the final tax returns and Trustee is awaiting adminstraive claims  bar date of 10/28/16.

**Initial Projected Date Of Final Report (TFR):**      06/01/2013

**Current Projected Date Of Final Report (TFR):**      12/16/2016 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 10-48558 |
| **Case Name:** | COLCO SERVICES, INC. |
| **Taxpayer ID #:** | **-***6284 |
| **For Period Ending:** | 10/03/2017 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******1622 Money Market Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/09/2011 | {8} | THE SOCIETY OF THE FIRST | Account Receivable | 1121-000 | 300.00 | | 300.00 |
| 09/09/2011 | {8} | SCHRAMM CONSTRUCTION | Accounts Receivable | 1121-000 | 448.00 | | 748.00 |
| 09/09/2011 | {8} | PBS PLASTERING, INC. | Account Receivable | 1121-000 | 656.00 | | 1,404.00 |
| 09/09/2011 | {8} | LABORERS TRAINING FUND | Account Receivable | 1121-000 | 1,508.00 | | 2,912.00 |
| 09/09/2011 | {8} | DUBIN RESIDENTIAL COMMUNITIES CORP. | Account Receivable | 1121-000 | 500.00 | | 3,412.00 |
| 09/09/2011 | {8} | CONSTRUCTION, TENANT | Account Receivables | 1121-000 | 756.00 | | 4,168.00 |
| 10/25/2011 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 4,163.08 |
| 11/25/2011 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | 4,153.25 |
| 12/27/2011 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | 4,143.42 |
| 01/18/2012 | 101 | JP MORGAN CHASE BANK, N.A. | turnover funds to secured creditor | 4210-000 | | 4,143.42 | 0.00 |
| 01/25/2012 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | -9.83 |
| 02/27/2012 | | UNION BANK | reverse service charge | 2600-000 | | -9.83 | 0.00 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

Exhibit 9
Page:  2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******1622 Money Market Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **4,168.00** | **4,168.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **4,168.00** | **4,168.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,168.00** | **$4,168.00** | |

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Congressional Bank |
| **Account #:** | ******3523 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | *********7445 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/2013 | {14} | Dominic and Nancy Delsignore | settlement payment | 1241-000 | 5,000.00 | | 5,000.00 |
| 05/29/2013 | {13} | Colleen Cavallo | settlement payment Payment #1 | 1241-000 | 250.00 | | 5,250.00 |
| 06/27/2013 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 5,450.00 |
| 06/27/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 5,700.00 |
| 07/08/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,690.00 |
| 07/23/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 5,940.00 |
| 07/23/2013 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 6,140.00 |
| 08/07/2013 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 6,340.00 |
| 08/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 6,330.00 |
| 08/15/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 6,580.00 |
| 09/09/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 6,570.00 |

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 10-48558 |
| **Case Name:** | COLCO SERVICES, INC. |
| **Taxpayer ID #:** | **-***6284 |
| **For Period Ending:** | 10/03/2017 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7445 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/27/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 6,820.00 |
| 09/27/2013 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 7,020.00 |
| 10/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 7,010.00 |
| 10/31/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 7,260.00 |
| 10/31/2013 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 7,460.00 |
| 11/07/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 7,710.00 |
| 11/07/2013 | {14} | DOMINIC DELSIGNORE | settlement payment | 1241-000 | 200.00 | | 7,910.00 |
| 11/07/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.42 | 7,899.58 |
| 12/06/2013 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.04 | 7,888.54 |
| 12/10/2013 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 8,138.54 |
| 12/30/2013 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 8,338.54 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7445 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.96 | 8,326.58 |
| 01/13/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 8,576.58 |
| 01/13/2014 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 8,776.58 |
| 02/04/2014 | 3001 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 10.00 | 8,766.58 |
| 02/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.73 | 8,753.85 |
| 02/14/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 9,003.85 |
| 02/14/2014 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 9,203.85 |
| 03/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.00 | 9,191.85 |
| 03/19/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 9,441.85 |
| 03/19/2014 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 9,641.85 |
| 04/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.90 | 9,627.95 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | *********7445 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/08/2014 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 9,827.95 |
| 05/02/2014 | {13} | Colleen Cavallo | 1Z66EW993710006409 | 1241-000 | 250.00 | | 10,077.95 |
| 05/02/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 10,327.95 |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 14.05 | 10,313.90 |
| 05/20/2014 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 10,513.90 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.31 | 10,498.59 |
| 06/18/2014 | {13} | Colleen Cavalo | settlement payment | 1241-000 | 250.00 | | 10,748.59 |
| 06/18/2014 | {14} | Dominic J Delsignore | settlement payment | 1241-000 | 200.00 | | 10,948.59 |
| 07/08/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 11,198.59 |
| 07/08/2014 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 11,398.59 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.34 | 11,383.25 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 10-48558 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | COLCO SERVICES, INC. | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***6284 | **Account #:** | **********7445 Checking |
| **For Period Ending:** | 10/03/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.73 | 11,366.52 |
| 08/25/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 11,616.52 |
| 08/25/2014 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 11,816.52 |
| 09/08/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 12,066.52 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.96 | 12,049.56 |
| 09/26/2014 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 12,249.56 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.24 | 12,232.32 |
| 10/20/2014 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 12,432.32 |
| 10/20/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 12,682.32 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.40 | 12,663.92 |
| 11/12/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 12,913.92 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has been cleared*

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 10-48558 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COLCO SERVICES, INC. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***6284 | Account #: | **********7445 Checking |
| For Period Ending: | 10/03/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/12/2014 | {14} | Domic Delsignore | settlement payment | 1241-000 | 200.00 | | 13,113.92 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.59 | 13,095.33 |
| 12/09/2014 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 13,345.33 |
| 12/09/2014 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 13,545.33 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.92 | 13,525.41 |
| 01/14/2015 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 13,725.41 |
| 01/14/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 13,975.41 |
| 02/04/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 14,225.41 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.45 | 14,204.96 |
| 02/11/2015 | 3002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 14.00 | 14,190.96 |
| 02/27/2015 | {14} | Dominc J. DelSignore | settlement payment | 1241-000 | 200.00 | | 14,390.96 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                              *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 10

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 10-48558 | | | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | COLCO SERVICES, INC. | | | **Bank Name:** | The Bank of New York Mellon | |
| **Taxpayer ID #:** | **-***6284 | | | **Account #:** | *********7445 Checking | |
| **For Period Ending:** | 10/03/2017 | | | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 14,640.96 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.01 | 14,621.95 |
| 03/23/2015 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 14,821.95 |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 21.72 | 14,800.23 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 14,800.23 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 15,150.00 | 15,150.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 14,800.23 | |
| Subtotal | | 15,150.00 | 349.77 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $15,150.00 | $349.77 | |

Exhibit 9
Page: 11

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7466 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 14,800.23 | | 14,800.23 |
| 04/30/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 15,050.23 |
| 04/30/2015 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 15,250.23 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 15,240.23 |
| 05/04/2015 | {13} | Colleen E Cavallo | Settlement payment | 1241-000 | 250.00 | | 15,490.23 |
| 05/14/2015 | {14} | Dominic Delsignore | settlement payment | 1241-000 | 200.00 | | 15,690.23 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.57 | 15,668.66 |
| 06/04/2015 | {13} | Colleen Cavallo | Settlement payment | 1241-000 | 250.00 | | 15,918.66 |
| 06/12/2015 | {14} | Dominic DelSignore | settlement payment | 1241-000 | 200.00 | | 16,118.66 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.48 | 16,094.18 |
| 07/15/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 16,344.18 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.09 | 16,320.09 |

Exhibit 9
Page: 12

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7466 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/24/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 16,570.09 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.73 | 16,547.36 |
| 09/23/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 16,797.36 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.45 | 16,771.91 |
| 10/15/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 17,021.91 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.29 | 16,997.62 |
| 11/24/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 17,247.62 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.66 | 17,223.96 |
| 12/08/2015 | {13} | Colleen Cavallo | settlement payment | 1241-000 | 250.00 | | 17,473.96 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.51 | 17,446.45 |
| 01/08/2016 | {13} | Colleen Cavallo | includes $150 overpayment | 1241-000 | 2,150.00 | | 19,596.45 |
| 01/19/2016 | 20102 | COLLEEN CAVALLO | refund preference settlement over-payment Stopped on 04/04/2016 | 8500-005 | | 150.00 | 19,446.45 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9
Page: 13

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:**            10-48558

**Case Name:**        COLCO SERVICES, INC.

**Taxpayer ID #:**    **-***6284

**For Period Ending:**  10/03/2017

**Trustee Name:**            David R. Brown (330580)

**Bank Name:**              Rabobank, N.A.

**Account #:**              ******7466 Checking Account

**Blanket Bond (per case limit):** $77,173,558.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.04 | 19,420.41 |
| 02/15/2016 | 20103 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 8.54 | 19,411.87 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.13 | 19,384.74 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.82 | 19,353.92 |
| 04/04/2016 | 20102 | COLLEEN CAVALLO | refund preference settlement over-payment Stopped: check issued on 01/19/2016 | 8500-005 | | -150.00 | 19,503.92 |
| 04/04/2016 | 20104 | Colleen Cavallo | replace prior check that was unnegotiable due to lack of routing number | 8500-002 | | 150.00 | 19,353.92 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.91 | 19,327.01 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.79 | 19,300.22 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.45 | 19,269.77 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.71 | 19,243.06 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.36 | 19,212.70 |

Exhibit 9
Page: 14

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 10-48558 | |
| **Case Name:** | COLCO SERVICES, INC. | |
| **Taxpayer ID #:** | **-***6284 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7466 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.55 | 19,185.15 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.60 | 19,158.55 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.31 | 19,129.24 |
| 02/13/2017 | 20105 | Alan D Lasko & Associates, PC | Dividend paid 77.11% on $9,654.85, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,444.95 | 11,684.29 |
| 02/13/2017 | 20106 | Alan D Lasko & Associates, PC | Dividend paid 77.11% on $161.42, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 124.47 | 11,559.82 |
| 02/13/2017 | 20107 | Clerk of the Bankruptcy Court | Dividend paid 77.11% on $879.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 677.80 | 10,882.02 |
| 02/13/2017 | 20108 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 77.11% on $1,950.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 1,503.66 | 9,378.36 |
| 02/13/2017 | 20109 | David R. Brown | Dividend paid 77.11% on $10.64, Trustee Expenses; Reference: | 2200-000 | | 8.20 | 9,370.16 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 15

| | |
|---|---|
| **Case No.:** | 10-48558 |
| **Case Name:** | COLCO SERVICES, INC. |
| **Taxpayer ID #:** | **-***6284 |
| **For Period Ending:** | 10/03/2017 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7466 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/2017 | 20110 | DAVID R. BROWN | Dividend paid 77.11% on $3,166.80, Trustee Compensation; Reference: | 2100-000 | | 2,441.95 | 6,928.21 |
| 02/13/2017 | 20111 | David R. Brown | Dividend paid 77.11% on $395.24, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 304.77 | 6,623.44 |
| 02/13/2017 | 20112 | David R. Brown | Dividend paid 77.11% on $8,589.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,623.44 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | 19,800.23 | 19,800.23 | $0.00 |
| | Less: Bank Transfers/CDs | 14,800.23 | 0.00 | |
| | **Subtotal** | 5,000.00 | 19,800.23 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | $5,000.00 | $19,800.23 | |

Exhibit 9
Page:  16

## Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-48558 | | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | COLCO SERVICES, INC. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6284 | | **Account #:** | ******7466 Checking Account |
| **For Period Ending:** | 10/03/2017 | | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1622 Money Market Account | $4,168.00 | $4,168.00 | $0.00 |
| ******3523 Checking Account | $0.00 | $0.00 | $0.00 |
| *********7445 Checking | $15,150.00 | $349.77 | $0.00 |
| ******7466 Checking Account | $5,000.00 | $19,800.23 | $0.00 |
| | **$24,318.00** | **$24,318.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**